EDWARD BIGLIOLI, GENERAL ADMINISTRATOR, *ETC.*, PLAINTIFF-PETITIONER, v. DUROTEST CORPORATION, DEFENDANT-RESPONDENT.

See same case below:   44 *N. J. Super.* 93.

*Mr. Aaron Gordon* for the petitioner.

*Messrs. Shaw, Pindar, McElroy & Connell* for the respondent.

May 27, 1957.   Granted.